KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
JOHN PELKEY

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN PELKEY,<br><br>    Defendant. | CR-F-06-0200 OWW<br><br>STIPULATION TO RESET DATES FOR SENTENCING AND FILING OF OBJECTIONS TO PRESENTENCE REPORT; ORDER REQUESTING SAME<br><br>New Sentencing Date: 12/4/06<br>Time: 1:30 p.m.<br>Dept: OWW |

IT is hereby stipulated between counsel for the government and counsel for Defendant JOHN PELKEY that the sentencing date previously set for November 27, 2006 be reset to December 4, 2006, and that the date for filing informal objections previously set for 11/6/06 be reset for 11/13/06; and that the date set for filing formal objections with the court, which was previously set for 11/20/06 be reset to 11/27/06.

DATED: November 6, 2006              /s/ Katherine Hart
                                     KATHERINE HART

DATED: November 6, 2006              /s/ Kevin Rooney
                                     ASSISTANT UNITED STATES ATTORNEY

# ORDER

Based on the stipulation between counsel, it is hereby ordered that the dates in the case of United States v. John Pekley be reset as follows:

    Sentencing: December 4, 2006 at 1:30 p.m.

    Informal Objections to be filed November 13, 2006

    Formal Objections to be filed November 20, 2006.

IT IS SO ORDERED.

**Dated:   November 7, 2006**         /s/ **Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE